**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 82 EAL 2019

               Respondent          :

                               :    Petition for Allowance of Appeal from

                               :    the Order of the Superior Court

            v.                    :

                               :

MALDONADO CRUZ,             :

                               :

               Petitioner           :

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 14th day of August, 2019, the Petition for Allowance of Appeal is **DENIED**.